In the Matter of Myer Rubin, Respondent, v. Thomas F. McCoy, as State Administrator of the Judicial Conference of the State of New York, Appellant.—

Concur — Markewich, J. P., Nunez, McNally, Steuer and Tilzer, JJ.